1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | 1:11-CR-00151-AWI |
|---|---|---|
| Plaintiff, | ) | **FINAL ORDER OF FORFEITURE** |
| v. | ) | |
| WAYNE SCHWARTZ, | ) | |
| Defendant. | ) | |

WHEREAS, on September 12, 2011, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Wayne Schwartz forfeiting to the United States the following property:

   a. Dell Desktop Computer seized from defendant by law enforcement on or about February 3, 2011;

   b. Western Digital (Futura) External hard drive seized from defendant by law enforcement on or about February 3, 2011; and

   c. Compact discs, hard drives, or other storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about February 3, 2011.

AND WHEREAS, beginning on September 23, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Wayne Schwartz:

    a. Dell Desktop Computer seized from defendant by law enforcement on or about February 3, 2011;

    b. Western Digital (Futura) External hard drive seized from defendant by law enforcement on or about February 3, 2011; and

    c. Compact discs, hard drives, or other storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about February 3, 2011.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///

3.   The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:     November 23, 2011
                                        CHIEF UNITED STATES DISTRICT JUDGE